## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | **RECEIVED**<br><br>NOV 1 4 2024<br><br>US DISTRICT COURT<br>MID DIST TENN |
| **Plaintiff,** | |
| **v.** | |
| | **Case No.** |
| **EMPIRE HOLDINGS GROUP LLC d/b/a ECOMMERCE EMPIRE BUILDERS d/b/a STOREFUNNELS. NET and PETER PRUSINOWSKI,** | |
| **Defendants.** | |

## NOTICE OF FILING OF COMPLAINT AND
## STIPULATED PRELIMINARY INJUNCTION
## <u>PURSUANT TO 28 U.S.C. § 754</u>

By and Order of the United States District Court for the Eastern District of

Pennsylvania, in the matter captioned *FTC v. Empire Holdings Group LLC. et al.*,

No. 2:24-cv-04949-WB (E.D. Pa.), entered on November 8, 2024, I, Kevin Dooley

Kent, was appointed the receiver (the "Receiver") of all assets and properties of

Empire Holdings Group LLC, Star Active Sports LLC, Empire Partner Network

LLC, Atlas Fund Limited Partnership, Atlas Fund Trust, and Atlas Fund Land Trust.

Pursuant to 28 U.S.C. § 754, the Receiver hereby files copies of (a) the Complaint

filed on September 18, 2024 (excluding attachments pertaining to the *Ex Parte*

Motion for a Temporary Restraining Order) and (b) the November 8, 2024 Stipulated

Preliminary Injunction attached hereto as Exhibits "A" and "B," respectively, for the

purpose of vesting the Receiver with jurisdiction and control over all such property located within this District, with the right to take possession thereof.

Respectfully Submitted,

Dated: November 12, 2024

Kevin Dooley Kent, Receiver

*Pro se*



Reusable
I'm recyclabl

DATE - 11/13/24

TO REUSE: Mark through all previous shipping labels and barcodes.

Align top of FedEx Express® shipping label here.

ORIGIN ID:MUVA    (215) 848-8500
KEVIN KENT
CLARK HILL
TWO COMMERCE SQUARE
2001 MARKET ST, SUITE 2620
PHILADELPHIA, PA 19103
UNITED STATES US

SHIP DATE: 20SEP24
ACTWGT: 0.20 LB
CAD: 2537487X0/WSXI03600

BILL SENDER

TO  CLERK OF COURT
    USDC - MIDDLE DISTRICT OF TENNESSEE
    719 CHURCH STREET

    NASHVILLE TN 37203
    (215) 309-1061     REF: 035510.0186
    INV:
    PO:                DEPT:

FedEx                        WED · 13 NOV 5:00P
TRK#  2796 9355 8918         STANDARD OVERNIGHT
6201

X4 RNCA                           37203
                          TN-US   BNA